# MAY TERM, 1858, AT DETROIT.

---

### Philetus P. Birch and Another vs. George Brown.

The plaintiff in error will be allowed to dismiss his writ of error on motion, on the payment of costs.

*Heard May 4th. Decided May 5th.*

*Mr. D. E. Harbaugh,* for plaintiffs in error, asked leave to dismiss the writ of error in this cause, on the payment of costs.

*S. Towle* opposed the motion, claiming a right to have the judgment below affirmed.

THE COURT granted the motion, stating it to be in accordance with the former practice.